Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**07CR 692**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 128 | DATE | OCTOBER 25, 2007 |
| CASE TITLE | US v. JAY WESTERGAARD & EGIDIJUS VENCKAITIS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present,
returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**FILED**
OCT 2 5 2007
October 25, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

TO SET PRELIMINARY BAIL AT $10,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO JAY WESTERGAARD. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142, AS TO EGIDIJUS VENCKAITIS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL NOVEMBER 25, 2007 OR UNTIL FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

2 bench warrants issued 10-26-2007
YAP

SIGNATURE OF JUDGE _Arlander Keys_ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials | Date/time received in Central Clerk's office | Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials | DOCKET#