## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan Lefkow | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 692 - 1 & 2 | **DATE** | 11/28/07 |
| **CASE TITLE** | USA vs. Jay Westgard & Egidijus Venckaitis | | |

**DOCKET ENTRY TEXT**

The government's oral motion to unseal the record and the docket is granted.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|