## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan Lefkow | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 692 - 2 | **DATE** | 11/28/07 |
| **CASE TITLE** | USA vs. Egidijus Venckaitis | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Arraignment held. Defendant Egidijus Venckaitis appears in response to arrest on 11/28/07. Defendant informed of rights. Enter order appointing Imani Chiphe as counsel for defendant Venckaitis for initial appearance only. Defendant enters plea of not guilty. Government seeks detention. Detention hearing is set for 12/3/2007 at 2:00 pm. 16.1 conference to be held by 12/5/2007. All pretrial motions and supporting memoranda are to be filed by 12/19/2007. Responses are due 1/3/2008. Replies are to be filed by 1/10/2008. Status hearing before Judge Lefkow is set for 1/16/2008 at 9:45 am. Enter excludable delay for the period of 11/28/07 through 1/16/2008 pursuant to 18 U.S.C. § 3161(h)(1)(F). X-E

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|