AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

**F I L E D**

**WARRANT FOR ARREST**

v.

NOV 2 8 2007

Egidijus Venckaitis

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 cr 692-2

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Egidijus Venckaitis and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    Information    Complaint    Order of court    Violation Notice    Probation    Violation Petition

charging him or her with: **Conspiracy to defraud the United States**
                                 **Aiding & Abetting**

in violation of Title 18:18 United States Code, Section(s) 371:2

Yvette Pearson Issuing Officer          U.S. Deputy Clerk

_____
Signature of Issuing Officer          October 26, 2007

Bail fixed at $

_____
, Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at    6:30 AM |
| 10/29/07 TODD CHIDDISTER, SPECIAL AGENT |
| Date Received     Name and Title of Arresting Officer     Signature of Arrest Officer |
| 11/28/07 |
| Date of Arrest |