# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                  Case No.: 1:07−cr−00692
                                                     Honorable Joan H. Lefkow

Jay Westergaard, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2007:

      MINUTE entry before Judge Jeffrey Cole : At the parties' request, the detention hearing scheduled for 12/3/07 has been rescheduled to 12/7/07 at 1:00 p.m. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.