MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　Case Number:
USA v. Egidijus Venckaitis　　　　　　　　　　　07 CR 692
　　　　　　　　　　　　　　　　　　　　　　　　　07 CR 692

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Egidijus Venckaitis

**FILED**
December 7, 2007
DEC 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Gal Pissetzky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gal Pissetzky | |
| FIRM Pissetzky + Berliner | |
| STREET ADDRESS 53 W. Jackson Blvd #1403 | |
| CITY/STATE/ZIP Chicago IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271556 | TELEPHONE NUMBER 312 566-9900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☒ | |