

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 2 1 2007  **NF**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.                         ) | |
| ) | |
| EGIDIJUS VENCKAITIS        ) | |
| ) | No. 07 CR 692-2 |
| ) | Judge Joan H. Lefkow |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on December 21, 2007, and for and in consideration of bond being set by the Court for defendant EGIDIJUS VENCKAITIS in the amount of $100,000, being secured by real property, Edward and Natalya Zaretsky hereby warrants and agrees:

1. Edward and Natalya Zaretsky warrant that they are the sole record owners and titleholders of the real property located at <u>126 Centennial Drive, Hainesville, Illinois</u>, described legally as follows:

> LOT 133, IN CRANBERRY LAKE SUBDIVISION, PHASE 2, BEING A SUBDIVISION OF THAT PART OF SECTION 28, TOWNSHIP 45 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 20, 1999 AS DOCUMENT NUMBER 4468338, IN LAKE COUNTY, ILLINOIS.

P.I.N:  06-28-416-026

Edward and Natalya Zaretsky warrants that there is one outstanding mortgage against the subject property and that the equitable interest in the real property is approximately $120,000.

2. Edward and Natalya Zaretsky agree that their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant EGIDIJUS VENCKAITIS fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Edward and Natalya Zaretsky further understand and agree that, if the defendant EGIDIJUS VENCKAITIS should violate any condition of the Court's release order, and their equity in the property is less than $100,000, they will be liable to pay any negative difference between the bond amount of $100,000 and their equitable interest in the property, and Edward and Natalya Zaretsky hereby agree to the entry of a default judgment against them for the amount of any such difference. Edward and Natalya Zaretsky have received a copy of the Court's release order and understands its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. Edward and Natalya Zaretsky further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Edward and Natalya Zaretsky understand that should defendant EGIDIJUS VENCKAITIS fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. Edward and Natalya Zaretsky further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Edward and Natalya Zaretsky further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant EGIDIJUS VENCKAITIS they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Edward and Natalya Zaretsky agree that the United States shall file and record a copy of this Forfeiture Agreement with the Lake County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Edward and Natalya Zaretsky hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 12/21/07

*Edward Zaretsky*
Edward Zaretsky
SURETY/GRANTOR

Date: 12/21/07

*Natalya Zaretsky*
Natalya Zaretsky
SURETY/GRANTOR

Date: 12/21/07

*Dorothy Cuadra*
Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/dc

3