# FINANCIAL AFFIDAVIT

**CJA 23 (Rev. 5/98)**

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: USA VS. Egidijus Verchaitis

PERSON REPRESENTED (Show your full name): Egidijus Verchaitis

FILED December 21, 2007
DEC 21 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

18 USC 371 + 2

**Check boxes:**
☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

**LOCATION NUMBER:**

**DOCKET NUMBERS:**
- Magistrate:
- District Court: 07 CR 692
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: My Chauffer
- IF YES, how much do you earn per month? $3500.00
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $2600.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME (ASSETS)**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $7000.00  DESCRIPTION: Car - Honda - still owe about $1,200

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (also listed: SINGLE, WIDOWED, SEPARATED OR DIVORCED)
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $1050.00 |
| Phone, Light, Gas | | $ | $600.00 |
| Food, cloth, school | | $ | $900.00 |
| Work related expenses | | $ | $1000.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/21/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): E. Verchaitis