# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 692 - 2 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Egidijus Venckaitis | | |

**DOCKET ENTRY TEXT**

Bond hearing held. The Court finds the defendant in unable to afford counsel. The Court appoints Gal Pirsetsky as counsel for the defendant. Enter order appointing Gal Pirsetsky. The defendant is released on a $100,000.00 secured bond.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|