UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:07−cr−00692
                                          Honorable Joan H. Lefkow

Jay Westergaard, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Joan H. Lefkow as to Egidijus Venckaitis:Status hearing held on 1/16/2008 and continued to 2/20/2008 at 09:45 AM. Oral motion of defendant Edidijus Venckaitis for his presence to be excused from the next status is granted. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 1/16/2008 through 2/20/2008 is excluded pursuant to 18.3161(h)(8)(A)(B). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.