UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 692 |
| v. | ) | |
| | ) | The Honorable Judge |
| | ) | Joan H. Lefkow |
| EGIDIJUS VENCKAITIS | ) | |
| Defendant | ) | |

## MOTION TO AMEND CONDITIONS OF BOND

NOW COMES, Mr. Egidijus Venckaitis, by and through his attorney, Gal Pissetzky, and hereby moves this court to amend the conditions of his bond. Mr. Mendez Jr. is respectfully requesting that the property securing his bond be released back to the title holder. In support thereof he states as follows:

1. On December 21, 2007 this Court released Mr. Venckaitis on bond in the amount of $100,000.00 pending trial.

2. This bond was secured by the residence of Edward and Natalya Zaretsky, located on 126 Centennial Dr., Hainsville, IL.

3. Currently Edward and Natalya are going through a divorce, and it appears that the house is in foreclosure.

4. As part of the bond conditions, Mr. Venckaitis is on house arrest at his own residence, and has complied with all other conditions of bond.

5. At this time, Mr. Venckaitis is requesting that the bond be amended due to Edward and Natalya's current marital and financial problems.

6. Mr. Venckaitis is requesting to be allowed to remain on home detention for the duration of this case on his own recognizance bond, rather than a surety bond.

7. The government does not object to this request.

8. All other conditions shall remain in force.

WHEREFORE, for the above stated reasons, Mr. Venckaitis respectfully requests that this Honorable Court allow him to remain on home detention on a self recognizance bond.

Respectfully Submitted,

/s/ Gal Pissetzky
Attorney for Mr. Venckaitis
Pissetzky & Berliner, P.C.
53 W. Jackson Blvd, Ste. 1403
Chicago, Il 60604
312-566-9900

## CERTIFICATE OF SERVICE

    The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

### Motion to Amend Conditions of Bond

was served on June 19, 2008, pursuant to the district court's ECF filers to the following:

    Amarjeet Bhachu
    Assistant United States Attorneys
    219 S. Dearborn St., 5th Floor
    Chicago, IL 60604

    Respectfully submitted,

    /s/ Gal Pissetzky_____
    Gal Pissetzky
    Attorney Mr. Venckaitis
    Pissetzky & Berliner, P.C.
    53 W. Jackson Blvd., Suite 1403
    Chicago, IL 60604
    (312)566-9900