## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 692 - 2 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Egidijus Venckaitis | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Defendant's motion amend conditions of bond [34] is granted - draft order to follow.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MD |
|---|---|---|